IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

In the Bankruptcy Matter of:

David J. Sanderson
Ann M. Sanderson
     Debtors

Bankruptcy No. 11-80143
Judge Manuel Barbosa
Chapter: 13

## STATEMENT OF OUTSTANDING OBLIGATIONS

  Now Comes Alpine Bank & Trust Co. in response to the September 27, 2012, notice of final cure of all pre-petition mortgage obligation, filed by the chapter 13 Trustee, and states as follows:

1. Alpine Bank & Trust Co. agrees with the above mentioned notice and considers all prepetition arrears as listed in proof of claim 1-1, filed on January 25, 2011, to be fully cued.
2. Alpine Bank & Trust Co. hereby states that the Debtor is current on post petition payments.

           /s/ Andrew E. Houha
           Andrew E. Houha,  IL ARDC #6216265

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE